## (December 23, 1974)

■ ARON ARKER, Respondent, v. DAVID KARMI, Appellant.— In an action for specific performance of related agreements pertaining to 10 parcels of real property jointly owned or controlled by the parties, in which defendant has asserted a counterclaim sounding in fraud based upon an unrelated venture, defendant appeals from an order of the Supreme Court, Richmond County, dated April 3, 1974, which, upon plaintiff's motion for summary judgment, (1) directed the parties to specifically perform in accordance with said agreements and (2) dismissed the answer, without prejudice to defendant's commencing an action with regard to certain claims contained therein. Order modified, on the law and in the exercise of discretion, by deleting the third decretal paragraph thereof and substituting in its place a provision to the effect that the counterclaim pleaded in the answer is severed and allowed to proceed to trial. As so modified, order affirmed, without costs. The issues raised by the counterclaim require a trial, which should proceed without defendant's having to commence a separate action. Gulotta, P. J., Hopkins, Martuscello, Latham and Christ, JJ., concur.

■ BAYSWATER CIVIC ASSOCIATION, INC., et al., Appellants, v. THEODORE KARAGHEUZOFF, as Commissioner of the New York City Department of Buildings, et al., Defendants, and L & D DEVELOPMENT CORP. et al., Respondents.— In an action, inter alia, under section 51 of the General Municipal Law to revoke a general construction permit which was issued to defendant L & D Development Corp. for construction of a private proprietary home for adults, and for injunctive relief, plaintiffs appeal, as limited by their briefs, from so much of an order of the Supreme Court, Queens County, dated May 23, 1974, as, on motion of defendants L & D Development Corp. and Ross-Wein, Inc., dismissed plaintiffs' amended complaint for failure to state a cause of action. (Plaintiffs also appealed from another order of the same court, dated March 6, 1974, but have abandoned that appeal.) Order dated May 23, 1974 affirmed insofar as appealed from, with $20 costs and disbursements to respondents L & D Development Corp. and Ross-Wein, Inc. No opinion. Hopkins, Acting P. J., Latham, Cohalan and Brennan, JJ., concur; Shapiro, J., not voting.